AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**FILED**
**DISTRICT COURT OF GUAM**
**FEB - 9 2005**
**MARY L.M. MORAN**
**CLERK OF COURT**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**DANIEL MATSUNO**<br><br>(Name and Address of Defendant) | SUMMONS IN A CRIMINAL CASE<br><br>Case Number: CR-05-00009-001 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date, and time set forth below.

| Place<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | Room<br>413 |
|---|---|
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Date and Time<br>**Thursday, February 10, 2005 at 1:45 p.m.** |

To answer a(n)
- [X] Indictment  [ ] Information  [ ] Complaint  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**18:2 & 371 - CRIMINAL CONSPIRACY (COUNT 1)**

**18:2 & 1343 - WIRE FRAUD (COUNT 2)**

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**February 9, 2005**
Date

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 2/9/2005 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: 520 West Soledad ave. Hagatna, Guam 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  2/9/2005
Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.