AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
DISTRICT OF _____



FILED
DISTRICT COURT OF GUAM
FEB - 9 2005
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

VIVIAN MATSUNO

SUMMONS IN A CRIMINAL CASE

Case Number: CR-05-00009-002

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> **4th Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** | 413 |
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Date and Time <br> **Thursday, February 10, 2005 at 1:45 p.m.** |

To answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**18:2 & 371 - CRIMINAL CONSPIRACY (COUNT 1)**

**18:2 & 1343 - WIRE FRAUD (COUNT 2)**

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**February 9, 2005**
Date

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:¹ | 02/09/2005 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: 520 W. Soledad Ave. Hagatna, GU 96910
Through Husband (Daniel Matsuno)

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  02/09/2005
             Date

J. L. G. Salas
Name of United States Marshal

_(signature)_
(by) Deputy United States Marshal

Remarks:

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.