IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

**FILED**
DISTRICT COURT OF GUAM
FEB 10 2005
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00009**          **DATE: 2/10/2005**          **TIME: 1:52**

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 1:52:21 - 2:05:58

Law Clerk: J. HATTORI
Courtroom Deputy: Leilani Toves Hernandez
CSO: J. Lizama & J. McDonald

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* APPEARANCES \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFT: DANIEL MATSUNO**          **ATTY: JEFF COOK**
(X) PRESENT ( ) CUSTODY ( ) BOND (X) P.R.          (X) PRESENT (X) RETAINED ( ) FPD ( ) CJA APPOINTED

**DEFT: VIVIAN MATSUNO**          **ATTY: RAWLEN MANTANONA**
(X) PRESENT ( ) CUSTODY ( ) BOND (X) P.R.          (X) PRESENT (X) RETAINED ( ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: KARON JOHNSON**          **AGENT:**

**U.S. PROBATION: CARMEN O'MALLAN**          **U.S. MARSHAL: WALTER GREY**

**INTERPRETER:** _____          ( ) SWORN   LANGUAGE: _____
                                         ( ) PREVIOUSLY SWORN

**PROCEEDINGS: INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
(X) DEFENDANTS SWORN AND EXAMINED: DANIEL MATSUNO   SCHOOL COMPLETED: College Graduate
                                   VIVIAN MATSUNO   SCHOOL COMPLETED: 2 Years College
(X) DEFENDANTS ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(X) DEFENDANTS WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION (X) INDICTMENT
(X) PLEA ENTERED: ( ) GUILTY (X) NOT GUILTY - TO: ALL CHARGES
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) ACCEPTED ( ) REJECTED
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
(X) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: MONDAY, FEBRUARY 14, 2005 at 9:30 A.M.
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
(X) DEFENDANTS RELEASED ON BOND AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Court advised parties of the new calculation for setting a trial date based on Speedy Trial calculations.

The Court set the matter for a trial setting hearing on Monday, February 14, 2005 at 9:30 a.m.

Courtroom Deputy: _____