# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES

DISTRICT COURT OF GUAM
FEB 14 2005
MARY L.M. MORAN
CLERK OF COURT
(5)

**CASE NO. CR-05-00009**    **DATE: 2/14/2005**    **TIME: 9:50 a.m.**

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:50:12 - 9:52:51

Law Clerk: J. HATTORI
Courtroom Deputy: Virginia T. Kilgore
CSO: J. McDonald

**APPEARANCES**

**DEFT: DANIEL MATSUNO**    **ATTY: RANDALL CUNLIFFE**
(X) PRESENT ( ) CUSTODY ( ) BOND (X) P.R.    (X) PRESENT (X) RETAINED ( ) FPD ( ) CJA APPOINTED

**DEFT: VIVIAN MATSUNO**    **ATTY: RAWLEN MANTANONA**
(X) PRESENT ( ) CUSTODY ( ) BOND (X) P.R.    (X) PRESENT (X) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON    AGENT:

U.S. PROBATION:    U.S. MARSHAL:

INTERPRETER: _____    ( ) SWORN    LANGUAGE: _____
( ) PREVIOUSLY SWORN

**PROCEEDINGS: TRIAL SETTING**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___ SCHOOL COMPLETED: ___
    AGE: ___ SCHOOL COMPLETED: ___
( ) DEFENDANTS ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANTS WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) GUILTY ( ) NOT GUILTY - TO: _____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) ACCEPTED ( ) REJECTED
( ) COURT ORDERS PLEA AGREEMENT SEALED
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.
( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
(X) TRIAL SET FOR: MARCH 2, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING ( ) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
(X) DEFENDANTS RELEASED ON BOND AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Court set trial for March 2, 2005 at 9:30 A.M. and instructed the parties to file any pretrial documents one week prior to trial. No objection.