Matsuno.wit

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
FEB 23 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>DANIEL MATSUNO and<br>VIVIAN MATSUNO,<br><br>              Defendants. | CRIMINAL CASE NO. 05-00009<br><br>**UNITED STATES'**<br>**WITNESS LIST** |

COMES NOW the United States and hereby files with the Court a list of proposed witnesses for purposes of voir dire.

Respectfully submitted this 23rd day of February, 2005

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and CNMI

By: _____
        KARON V. JOHNSON
        Assistant U.S. Attorney

## WITNESS LIST

1) Jon Anderson
   Special Agent
   Drug Enforcement Administration
   Guam Resident Agency
   472-7384/7441

2) Ms. Jeri San Nicolas
   Lexus Division
   Atkins Kroll, Inc.
   443 South Marine Corps Dr.
   Tamuning, Guam
   646-1876

3) Thu Loan Thai Dang
   #7 Dungca Apartments
   Tamuning, Guam
   687-3736

4) Michael Randall
   Atkins Kroll, Inc.
   443 South Marine Corps Dr.
   Tamuning, Guam
   646-1876

5) William Alcantara
   Operations, IT&E
   Harmon Center - IT&E Plaza
   Harmon, Guam
   646-8886

6) John Santos
   Senior Vice President, Operations
   IT&E
   Harmon Center - IT&E Plaza
   Harmon, Guam
   646-8886