Matsuno.ex
LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 23 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>DANIEL MATSUNO and<br>VIVIAN MATSUNO,<br><br>                Defendants. | CRIMINAL CASE NO. 05-00009<br><br>**UNITED STATES'<br>EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this 23rd day of February, 2005.

                                              LEONARDO M. RAPADAS
                                            United States Attorney
                                            Districts of Guam and CNMI

By: _____
      KARON V. JOHNSON
      Assistant U.S. Attorney

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Sales Worksheet | | |
| 2) | Dealer Loan Requirements | | |
| 3) | Authorization to Obtain Credit Report | | |
| 4) | Credit Application | | |
| 5) | Request for Employment Information | | |
| 6) | Payroll Printout | | |
| 7) | Copy of Payroll Check | | |
| 8) | E-mail approving Dang's loan | | |
| 9) | Credit Sale Contract | | |
| 10) | Customer Order Form | | |
| 11) | Bill of Sale | | |
| 12) | Bank of Hawaii Transmittal letter | | |
| 13) | Fax to Bank of Hawaii correcting Loan's name | | |
| 14) | Original Payroll Check # 5204 | | |