DMatsunover

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00009 |
| Plaintiff, ) | **UNITED STATES'** [PROPOSED] |
| vs. ) | **VERDICT FORM** |
| DANIEL MATSUNO, ) | |
| Defendant. ) | |

COMES NOW the United States and provides the proposed Verdict Form for use concerning DANIEL MATSUNO.

Respectfully submitted this 23rd day of February, 2005.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and CNMI

By: *Karon V. Johnson*
    KARON V. JOHNSON
    Assistant U.S. Attorney

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. ~~01-00051~~ 05-00009 tz |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **VERDICT FORM** |
| DANIEL MATSUNO, | ) | |
| Defendant. | ) | |

We, the Jury, in the above-entitled cause unanimously find the defendant, DANIEL MATSUNO:

### COUNT I - CRIMINAL CONSPIRACY

Violation of Title 18, United States Code, § 371, Criminal Conspiracy:

/ /  NOT GUILTY

/ /  GUILTY

### COUNT II - WIRE FRAUD

Violation of Title 18, United States Code, § 1343, Wire Fraud:

/ /  NOT GUILTY

/ /  GUILTY

DATED this _____ of March, 2005, at Hagatna, Guam.

_____
FOREPERSON

4