VMatsunover

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>VIVIAN MATSUNO,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO. 05-00009<br><br>**UNITED STATES'<br>[PROPOSED]<br>VERDICT FORM** |

**FILED**
DISTRICT COURT OF GUAM
FEB 23 2005
MARY L.M. MORAN
CLERK OF COURT

COMES NOW the United States and provides the proposed Verdict Form for use concerning VIVIAN MATSUNO.

Respectfully submitted this __23rd__ day of February, 2005.

　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　Districts of Guam and CNMI

　　　　　　　　By: _/s/ Karon V. Johnson_
　　　　　　　　　　　　KARON V. JOHNSON
　　　　　　　　　　　　Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00009 ~~01-00051~~ |
| Plaintiff, | ) | |
| vs. | ) | **VERDICT FORM** |
| VIVIAN MATSUNO, | ) | |
| Defendant. | ) | |

We, the Jury, in the above-entitled cause unanimously find the defendant, VIVIAN MATSUNO:

**COUNT I - CRIMINAL CONSPIRACY**

Violation of Title 18, United States Code, § 371, Criminal Conspiracy:

    / /    NOT GUILTY

    / /    GUILTY

**COUNT II - WIRE FRAUD**

Violation of Title 18, United States Code, § 1343, Wire Fraud:

    / /    NOT GUILTY

    / /    GUILTY

DATED this _____ of March, 2005, at Hagatna, Guam.

_____

FOREPERSON