**LAW OFFICES**
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for: Defendant Daniel Matsuno



**FILED**
DISTRICT COURT OF GUAM

FEB 23 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR05-00009 |
| vs. | ) ) ) | |
| DANIEL MATSUNO and VIVIAN MATSUNO, | ) ) ) ) | **DEFENDANT DANIEL MATSUNO'S SUBMISSION CONCERNING VOIR DIRE** |
| Defendant. | ) ) | |

**COMES NOW**, Defendant DANIEL MATSUNO, through counsel, **CUNLIFFE & COOK**, A Professional Corporation, by *F. Randall Cunliffe, Esq.*, and hereby joins in and adopts Defendant Vivian Matsuno's Submission Concerning Voir Dire.

Dated this 23 day of February, 2005.

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant
*Daniel Matsuno*

By_____
F. RANDALL CUNLIFFE, ESQ.

**ORIGINAL**

## CERTIFICATE OF SERVICE

I, **Jeffrey A. Cook**, do hereby certify that on Wednesday, February 23, 2005, I caused to have one (1) copy of Defendant Daniel Matsuno's Submission Concerning Voir Dire to be served upon Plaintiff by delivering and leaving said documents at the following offices:

> Karon V. Johnson, Assistant U.S. Attorney
> **OFFICE OF THE U.S. ATTORNEY**
> *Criminal Division*
> Suite 500, Sirena Plaza
> 108 Hernan Cortez Street
> Hagåtña, Guam 96910

I also caused to have a copy served on counsel for Defendant Vivian Matsuno's counsel as follows:

> Rawlen M.T. Mantanona, Esq.
> **MANTANONA LAW OFFICE**
> Suite 601B, GCIC Building
> 414 West Soledad Avenue
> Hagåtña, Guam 96910

Dated this 23 day of February, 2005.

> **CUNLIFFE & COOK**
> A Professional Corporation
> Attorneys for Defendant
> Daniel Matsuno
>
> By_____
> JEFFREY A. COOK, ESQ.

FRC:amm WORK DOCS: FRC Docs. Criminal
**Trial Documents Matsuno M-0234**