LAW OFFICES
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for: Defendant Daniel Matsuno

**FILED**
DISTRICT COURT OF GUAM

FEB 23 2005

**MARY L.M. MORAN
CLERK OF COURT**

(17)

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR05-00009 |
| ) | |
| vs. ) | |
| ) | **DEFENDANT** |
| DANIEL MATSUNO and ) | **DANIEL MATSUNO'S** |
| VIVIAN MATSUNO, ) | **PROPOSED JURY** |
| ) | **INSTRUCTIONS** |
| Defendant. ) | |

**COMES NOW**, Defendant DANIEL MATSUNO, through counsel, **CUNLIFFE &**

**COOK**, A Professional Corporation, by *F. Randall Cunliffe, Esq.*, and hereby joins in and

adopts Defendant Vivian Matsuno's Proposed Jury Instructions.

Dated this 23 day of February, 2005.

                                       **CUNLIFFE & COOK**
                                       A Professional Corporation
                                       Attorneys for Defendant
                                       *Daniel Matsuno*

                                 By_____
                                    F. RANDALL CUNLIFFE, ESQ.

**ORIGINAL**

# CERTIFICATE OF SERVICE

I, **Jeffrey A. Cook**, do hereby certify that on Wednesday, February 23, 2005, I caused to have one (1) copy of Defendant Daniel Matsuno's Proposed Jury Instructions to be served upon Plaintiff by delivering and leaving said documents at the following offices:

Karon V. Johnson, Assistant U.S. Attorney
**OFFICE OF THE U.S. ATTORNEY**
*Criminal Division*
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910

I also caused to have a copy served on counsel for Defendant Vivian Matsuno's counsel as follows:

Rawlen M.T. Mantanona, Esq.
**MANTANONA LAW OFFICE**
Suite 601B, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910

Dated this 23 day of February, 2005.

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant
Daniel Matsuno

By_____
JEFFREY A. COOK, ESQ.

FRC:amm WORK DOCS: FRC Docs. Criminal
Trial Documents Matsuno M-0234