LAW OFFICES
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for: Defendant Daniel Matsuno



**FILED**
DISTRICT COURT OF GUAM

FEB 23 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR05-00009 |
| vs. ) | **DEFENDANT** |
| DANIEL MATSUNO and ) VIVIAN MATSUNO, ) | **DANIEL MATSUNO'S WITNESS LIST** |
| Defendant. ) | |

**COMES NOW**, Defendant DANIEL MATSUNO, through counsel, **CUNLIFFE & COOK**, A Professional Corporation, by *F. Randall Cunliffe, Esq.*, and hereby submits his Witness List for the Jury Trial of the within-entitled matter. The following individuals may be called to testify at the Trial:

- Any and all witnesses who appear on the Government's Witness List and Co-Defendant Vivian Matsuno's Witness List

This Witness List is not intended to be a complete list of all individuals to be called to testify at the Jury Trial. Defendant reserves the right to call additional witnesses for the presentation of his case as well as for rebuttal.

Dated this 21 day of February, 2005.

CUNLIFFE & COOK
A Professional Corporation
Attorneys for Defendant
*Daniel Matsuno*

By_____
F. RANDALL CUNLIFFE, ESQ.

FRC:amm WORK DOCS: FRC Docs. Criminal
Trial Documents Witness List M-0234

# CERTIFICATE OF SERVICE

I, **Jeffrey A. Cook**, do hereby certify that on Wednesday, February 23, 2005, I caused to have one (1) copy of Defendant Daniel Matsuno's Witness List to be served upon Plaintiff by delivering and leaving said documents at the following offices:

Karon V. Johnson, Assistant U.S. Attorney
**OFFICE OF THE U.S. ATTORNEY**
*Criminal Division*
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910

I also caused to have a copy served on counsel for Defendant Vivian Matsuno's counsel as follows:

Rawlen M.T. Mantanona, Esq.
**MANTANONA LAW OFFICE**
Suite 601B, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910

Dated this 23 day of February, 2005.

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant
Daniel Matsuno

By_____
JEFFREY A. COOK, ESQ.

FRC:amm WORK DOCS: FRC Docs. Criminal
Trial Documents Matsuno M-0234