LAW OFFICES
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for: Defendant Daniel Matsuno



FILED
DISTRICT COURT OF GUAM

FEB 23 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00009 |
| vs. | |
| DANIEL MATSUNO and VIVIAN MATSUNO, | **DEFENDANT DANIEL MATSUNO'S LIST OF EXHIBITS** |
| Defendant. | |

**COMES NOW**, Defendant DANIEL MATSUNO, through counsel, **CUNLIFFE & COOK**, A Professional Corporation, by *F. Randall Cunliffe, Esq.*, and hereby joins in and adopts Defendant Vivian Matsuno's List Of Exhibits.

Dated this 23 day of February, 2005.

        **CUNLIFFE & COOK**
        A Professional Corporation
        Attorneys for Defendant
        *Daniel Matsuno*

        By_____
        F. RANDALL CUNLIFFE, ESQ.

**ORIGINAL**

# CERTIFICATE OF SERVICE

I, **Jeffrey A. Cook**, do hereby certify that on Wednesday, February 23, 2005, I caused to have one (1) copy of Defendant Daniel Matsuno's List Of Exhibits to be served upon Plaintiff by delivering and leaving said documents at the following offices:

> Karon V. Johnson, Assistant U.S. Attorney
> **OFFICE OF THE U.S. ATTORNEY**
> *Criminal Division*
> Suite 500, Sirena Plaza
> 108 Hernan Cortez Street
> Hagåtña, Guam 96910

I also caused to have a copy served on counsel for Defendant Vivian Matsuno's counsel as follows:

> Rawlen M.T. Mantanona, Esq.
> **MANTANONA LAW OFFICE**
> Suite 601B, GCIC Building
> 414 West Soledad Avenue
> Hagåtña, Guam 96910

Dated this 23 day of February, 2005.

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant
Daniel Matsuno

By_____
JEFFREY A. COOK, ESQ.

FRC:amm WORK DOCS: FRC Docs. Criminal
Trial Documents Matsuno M-0234