**MANTANONA**
**LAW OFFICE**

GCIC Bld. Suite 601B
414 W. Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Telecopier (671) 472-3668

Attorney for **Vivian Matsuno**

FILED
DISTRICT COURT OF GUAM
FEB 23 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR05-00009 |
| ) | |
| Vs. ) | **DEFENDANT VIVIAN MATSUNO'S SUBMISSION CONCERNING VOIR DIRE** |
| VIVIAN MATSUNO, ) | |
| Defendant. ) | |

Defendant Matsuno is satisfied with the questions set forth in the questionnaire which this Honorable Court has already circulated to the veniremen selected on this case: additionally, Defendant Matsuno believes the questions normally asked by the Honorable Court to the veniremen during jury selection will be sufficient; therefore, Defendant Matsuno has no further questions.

Respectfully submitted this 22th day of February, 2005.

MANTANONA LAW OFFICE
Attorney for **Defendant Matsuno**

_____
RAWLEN M T MANTANONA, ESQ.

-1-

## CERTIFICATE OF SERVICE

I, Rawlen Mantanona, certify that on the 23RD day of February, 2005, I caused the foregoing Submission Concerning Voir Dire of Defendant Vivian Matsuno to be served via hand delivery to the following individuals:

Office of the United States Attorney
108 Hernan Cortes Avenue
Suite 500
Hagatna, Guam 96910

Cunliffe, F. Randall
Cunliffe & Cook, P.C.
210 Archbishop Flores Street, Suite 200
Hagatna, Guam 96910



Rawlen Mantanona