**MANTANONA**
LAW OFFICE

GCIC Bldg. Suite 601B
414 W Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Telecopier (671) 472-3668

Attorney for **Vivian Matsuno**

**FILED**
DISTRICT COURT OF GUAM
FEB 23 2005 nbo
MARY L.M. MORAN
CLERK OF COURT
(21)

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR05-0009 |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT VIVIAN MATSUNO** |
| | ) | **PROPOSED JURY INSTRUCTIONS** |
| VIVIAN MATSUNO, | ) | |
| Defendant. | ) | |

Defendant Vivian Matsuno respectfully submit her proposed jury instructions.

Defendant Matsuno instructions are from the Model Jury Instructions for the Ninth

Circuit 2000 and the 2001 supplemental.

1. 3.1 – Duties of Jury to Find Facts and Follow Law

2. 3.2 – Charge Against Defendant Not Evidence—Presumption of Innocence—
   Burden of Proof

3. 3.3 – Defendant's Decision Not to Testify

4. 3.4 – Defendant's Decision to Testify

5. 3.5 – Reasonable Doubt--Defined

6. 3.6 – What is Evidence

7. 3.7 – What is Not Evidence

-1-

8. 3.8 – Direct and Circumstantial Evidence

9. 3.9 – Credibility of Witnesses

10. 3.10 – Evidence of Other Acts of Defendant or Acts and Statements of Others

11. 3.11 – Activities Not Charged

12. 3.12 – Separate Consideration of Multiple Counts – Single Defendant

13. 3.14 – Separate Consideration of Multiple Counts – Multiple Defendants

14. 3.17 – Intent to Defraud -- Defined

15. .4.1 – Statements by Defendant

16. 4.3 – Other Crimes, Wrongs or Acts of Defendant

17. 4.7 – Character of Witness for Truthfulness

18. 4.8 – Impeachment Evidence – Witness

19. .5.4 – Specific Intent – General Intent

20. 5.5 – Willingly

21. 5.6 – Knowingly

22. 7.1 – Duty to Deliberate

23. 7.2 – Consideration of Evidence

24. 7.3 – Use of Notes

25. 7.4 – Jury Consideration of Punishment

26. 7.5 – Verdict Form

27. 7.6 – Communication with Court

28. 8.16 – Conspiracy Elements

29. 8.67 – False Statement to a Bank

30. 8.103 – Wire Fraud

-2-

2003 Edition Ninth Circuit Manual of Model Jury Instructions.


Dated this 22ND day of February, 2005.


                              MANTANONA LAW OFFICE
                              Attorney for **Defendant Matsuno**


                              _____
                              RAWLEN M T MANTANONA, ESQ.

# CERTIFICATE OF SERVICE

I, Rawlen Mantanona, certify that on the 3RD day of February, 2005, I caused

the foregoing Proposed Jury Instructions of Defendant Vivian Matsuno to be served via

hand delivery to the following individuals:


Office of the United States Attorney
108 Hernan Cortes Avenue
Suite 500
Hagatna, Guam 96910

Cunliffe, F. Randall
Cunliffe & Cook, P.C.
210 Archbishop Flores Street, Suite 200
Hagatna, Guam 96910

Rawlen Mantanona