**MANTANONA**
**LAW OFFICE**

GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Facsimile (671) 472-3668

Attorney for **Vivian Matsuno**

FILED
DISTRICT COURT OF GUAM
FEB 23 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VIVIAN MATSUNO,<br><br>    Defendant. | Criminal Case No. 05-00009<br><br>**DEFENDANT VIVIAN MATSUNO'S WITNESS LIST** |

**COMES NOW**, Defendant VIVIAN MATSUNO, through counsel, MANTANONA LAW OFFICE, A Professional Corporation, by Rawlen M T. Mantanona, Esq., and hereby submits his Witness List for the Jury Trial of the within-entitled matter. The following individuals may be called to testify at the Trial:

1. Vivian Matsuno - #8 Chalan Pago Estates, Chalan Pago, Guam
2. Special Agent Jon Anderson – Drug Enforcement Administration
3. Thu Loan Thai Dang – Cest-La-Vie, Fountain Plaza, Tamuning
4. Bank of Hawaii, Custodian of Records or Duly Authorized Representative–West Soledad Hagatna, Guam

This Witness List is not intended to be a complete list of all individuals to be called to testify at the Jury Trial. Defendant reserves the right to call additional witnesses for the presentation of her case as well as for rebuttal.

Dated this 23RD February, 2005.

MANTANONA LAW OFFICE
Attorney for **Vivian Matsuno**

By: _____
RAWLEN M T MANTANONA,
A duly licensed employee

## CERTIFICATE OF SERVICE

I, Rawlen Mantanona, certify that on the 23rd day of February, 2005, I caused the foregoing Witness List of Defendant Vivian Matsuno to be served via hand delivery to the following individuals:

Office of the United States Attorney
108 Hernan Cortes Avenue
Suite 500
Hagatna, Guam 96910

Cunliffe, F. Randall
Cunliffe & Cook, P.C.
210 Archbishop Flores Street, Suite 200
Hagatna, Guam 96910

_____
Rawlen Mantanona