**MANTANONA**
**LAW OFFICE**

GCIC Bld. Suite 601B
414 W. Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Telecopier (671) 472-3668

Attorney for **Vivian Matsuno**

# FILED
DISTRICT COURT OF GUAM
FEB 23 2005
MARY L.M. MORAN
CLERK OF COURT



## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR05-00009 |
| ) | |
| Plaintiff ) | **DEFENDANT VIVIAN MATSUNO'S** |
| ) | **LIST OF EXHIBITS** |
| ) | |
| VIVIAN MATSUNO, ) | |
| ) | |
| Defendant ) | |

**COMES NOW**, Defendant VIVIAN MATSUNO, through counsel, The Mantanona Law Office, By Rawlen M T Mantanona, Esq., and hereby submits her List of Exhibits for the July Trial of the above entitled matter.

Dated: _____, 2005

MANTANONA LAW OFFICE
Attorney for Defendant **Vivian Matsuno**

_____
RAWLEN M T MANTANONA, ESQ.

-1-

## Defendant Matsuno's Exhibit List

| No. | Exhibit Description |
|---|---|
| Exhibit A | Atkins, Kroll Inc. Credit Application – Thu Loan Thai Dang |
| Exhibit B | Bank of Hawaii Check No. 5204 $1,191.25 – Thu Loan T. Dang |
| Exhibit C | Atkins, Kroll Inc. Federal Truth-In-Lending Disclosures<br>Buyer: Thu Loan Thai Dang |
| Exhibit D | Bank of Hawaii Automobile Insurance Statement<br>Buyer: Thu Loan Thai Dang |
| Exhibit E | Alpha Insurers Automobile Insurance Certificate<br>Insured Name: Thu Loan Thai Dang |
| Exhibit F | Certificate of Ownership – Dang, Thu Loan Thai |
| Exhibit G | BOH Auto Finance Division Email of March 20, 2002<br>Applicant: Thu Loan Thai Dang |
| Exhibit H | BOH Loan Inquiry, Pay-Off History re: Dang |