AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | NOTICE | **FILED**<br>DISTRICT COURT OF GUAM<br>FEB 24 2005<br>MARY L.M. MORAN<br>CLERK OF COURT |
| V. | | |
| DANIEL MATSUNO, ET AL | CASE NUMBER: 05-00009 | |

TYPE OF CASE:

☐ CIVIL      X CRIMINAL

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam | ROOM NO.<br>413 |
|---|---|---|
| | | DATE AND TIME<br>Tuesday, March 1, 2005 at 2:30 p.m. |

TYPE OF PROCEEDING

**STATUS CONFERENCE**

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

MARY L.M. MORAN
CLERK OF COURT

February 24, 2005
DATE

(BY) DEPUTY CLERK

TO:  Karon V. Johnson            F. Randall Cunliffe            Rawlen M. Mantanona
     Assistant U.S. Attorney     Attorney for Daniel Matsuno    Attorney for Vivian Matsuno

Case 1:05-cr-00009    Document 24    Filed 02/24/2005    Page 1 of 1