LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00009 |
| Plaintiff, | GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT; AND ORDER |
| vs. | |
| DANIEL MATSUNO and VIVIAN MATSUNO, | |
| Defendant. | |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter beginning March 2, 2005.

RESPECTFULLY SUBMITTED this _23rd_ day of February, 2005.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant United States Attorney

APPROVED AND SO ORDERED this _24_ day of _February_, 2005.

_____
ROGER L. HUNT
Designated Judge
District of Guam

RECEIVED
FEB 23 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM



Case 1:05-cr-00009   Document 25   Filed 02/24/2005   Page 1 of 1