LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00009 |
| Plaintiff, | |
| vs. | ORDER RELEASING GRAND JURY TRANSCRIPTS |
| DANIEL MATSUNO and VIVIAN MATSUNO, | |
| Defendant. | |

Based on the government's motion to release grand jury transcripts, the Court hereby orders the release, to defense counsel in the above-entitled case, of all grand jury transcripts containing testimony of witnesses who have appeared before the Federal Grand Jury in this matter.

Dated this 28 day of February, 2005.

RONALD S.W. LEW*
Designated Judge
District Court of Guam

*District Judge, Central District of California

