Matsuno.wit

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAR - 1 2005
MARY L.M. MORAN
CLERK OF COURT



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANIEL MATSUNO and ) <br> VIVIAN MATSUNO, ) <br> ) <br> Defendants. ) <br> _____ ) | CRIMINAL CASE NO. 05-00009 <br><br> **UNITED STATES' AMENDED WITNESS LIST** |

COMES NOW the United States and hereby files with the Court a list of proposed witnesses for purposes of voir dire.

Respectfully submitted this 1st day of March, 2005

                                                      LEONARDO M. RAPADAS
                                                    United States Attorney
                                                    Districts of Guam and CNMI

                          By: _____
                                KARON V. JOHNSON
                                Assistant U.S. Attorney

<u>WITNESS LIST</u>

1) Jon Anderson
   Special Agent
   Drug Enforcement Administration
   Guam Resident Agency
   472-7384/7441

2) Ms. Jeri San Nicolas
   Lexus Division
   Atkins Kroll, Inc.
   443 South Marine Corps Dr.
   Tamuning, Guam
   646-1876

3) Thu Loan Thai Dang
   #7 Dungca Apartments
   Tamuning, Guam
   687-3736

4) Michael Randall
   Atkins Kroll, Inc.
   443 South Marine Corps Dr.
   Tamuning, Guam
   646-1876

5) William Alcantara
   Operations, IT&E
   Harmon Center - IT&E Plaza
   Harmon, Guam
   646-8886

6) John Santos
   Senior Vice President, Operations
   IT&E
   Harmon Center - IT&E Plaza
   Harmon, Guam
   646-8886

7) Jesse DePaula
   Technical Support Supervisor
   IT&E
   Harmon Center - IT&E Plaza
   Harmon, Guam
   646-8886