IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

DISTRICT COURT OF GUAM
MAR 1 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00009**   **DATE: 3/1/2005**   **TIME: 2:33**

HON. RONALD S.W. LEW, Designated Judge, Presiding
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 2:33:48 - 2:44:20
 3:17:08 - 3:19:38

Law Clerk: Kate Wharton
Courtroom Deputy: Virginia T. Kilgore
CSO: J. Lizama / B. Benavente

************************* **APPEARANCES** *************************

**DEFT: DANIEL MATSUNO**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.

**ATTY: RANDALL CUNLIFFE**
( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

**DEFT: VIVIAN MATSUNO**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.

**ATTY: RAWLEN MANTANONA**
( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON        AGENT:

U.S. PROBATION: ROBERT CARREON        U.S. MARSHAL: P. RABINA

INTERPRETER: _____   ( ) SWORN   LANGUAGE: _____
                                  ( ) PREVIOUSLY SWORN

**PROCEEDINGS: STATUS CONFERENCE**

( ) MOTION(s) ARGUED BY   ( ) GOVERNMENT   ( ) DEFENDANT(s)
( ) MOTION(s) ___Granted ___Denied ___Withdrawn ___Under Advisement
( ) ORDER SUBMITTED   ___Approved   ___Disapproved
( ) ORDER to prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

The Court and the parties discussed the issues regarding the grand jury transcript.

After a short recess, Ms. Johnson informed the Court that she had consulted with her office and the U.S. Probation Officer regarding offering a diversion agreement to the defendants. Mr. Mantanona and Mr. Cunliffe stated that their clients are willing to accept diversion.

The Court vacated the trial and instructed Ms. Johnson to have all parties execute the diversion agreement today.