U.S. DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br>VIVIAN S. MATSUNO<br>        Defendant. | USDC Cr. Cs. No. 05-00009-002<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

      COMES NOW, U.S. Probation Officer Judy Anne L. Ocampo, in the above-captioned case and requests for the release of the passport held by the Court as the defendant will travel to Japan for a family vacation from March 25, 2005 through March 31, 2005.

Dated this 23rd day of March 2005.

_____
JUDY ANNE L. OCAMPO
U.S. Probation Officer

### ORDER

      On the application of U.S. Probation Officer Judy Anne L. Ocampo, the Clerk of Court is hereby ordered to release the passport belonging to the defendant, Vivian S. Matsuno. It is further ordered that the passport be returned to the Clerk of Court no later than April 4, 2005.

Dated this 23rd day of March 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam