DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>MATSUNO, Vivian<br>　　　　Defendant. | CRIMINAL CASE NO. 05-00009-002<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

COMES NOW, U.S. Probation Officer Judy Anne L. Ocampo, in the above-captioned case and requests for the release of the passport held by the Court as a condition of the defendant's release on bond.

Dated this 13TH day of May 2005.

　　　　　　　　　　　　　　　　　Judy Anne L. Ocampo
　　　　　　　　　　　　　　　　　JUDY ANNE L. OCAMPO
　　　　　　　　　　　　　　　　　U.S. Probation Officer

### ORDER

On the application of U.S. Probation Officer Judy Anne L. Ocampo, the Clerk of Court is hereby ordered to release the passport belonging to the defendant, Vivian Matsuno.

Dated this 17th day of May 2005.

　　　　　　　　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, JR.
　　　　　　　　　　　　　　　　　Magistrate Judge
　　　　　　　　　　　　　　　　　District Court of Guam

RECEIVED
MAY 16 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM