Matsuno.mtn

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 06 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANIEL MATSUNO and, ) <br> VIVIAN MATSUNO, ) <br> ) <br> Defendants. ) <br> _____ ) | CRIMINAL CASE NO. 05-00009 <br><br> MOTION TO IMPOSE FINE |

COMES NOW the United States of America, and moves this Honorable Court for an order imposing a fine in the amount of $3,000, jointly and severally payable by both defendants. The government makes this motion pursuant to the Pre-Trial Diversion Agreement entered into between the parties March 1, 2005, which provides at Paragraph 7, page 6, that the defendants were to pay a fine within the applicable Guidelines range, which the parties agreed was between $250 and $5,000. A copy of the defendant's Agreements is attached hereto as Exhibit 1.

//
//
//
//
//
//

U.S. Probation Officer Judy Ocampo has prepared a financial statement detailing the income, expenses and assets of the defendants, which report is attached hereto as Exhibit 2. The government believes a fine of $3,000 is reasonable in all the circumstances.

Respectfully submitted this  6th  day of January, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Agana, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

UNITED STATES OF AMERICA, )
)
vs. ) **PRE-TRIAL DIVERSION AGREEMENT**
)
DANIEL MATSUNO, )
DOB: 06/23/57 )
Address: # 8 Pago Bay Estates )
Chalan Pago, Guam 96913 )
Telephone: (671) 789-8870, )
)
Divertee. )
_____)

## AGREEMENT FOR PRE-TRIAL DIVERSION

1. It appearing that you are reported to have committed the offenses of Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Sections 2, 371 & 1343; and Wire Fraud, in violation of Title 18, United States Code Sections 2 and 1343, on or between February, 2002, and March 30, 2002 in that you did willfully and knowingly assist and agree to assist Thu Loan Thai Dang to devise and execute a scheme and artifice to defraud for the purpose of obtaining money by means of false and fraudulent pretenses, by certifying to Atkins Kroll that Thu Loan Thai Dang was employed as a sales manager for Pacific Wine & Spirits, Inc., making a gross monthly salary of $3,000, said pretenses and representations being material to the scheme and for purposes of executing the scheme, did cause to be transmitted in interstate and foreign commerce, by means of a wire communication, certain signs and signals, to-wit: communications concerning whether Thu Loan Thai Dang had been approved for a loan to purchase a 2002 Lexus automobile.

2. On the authority of the Attorney General of the United States, by Leonardo M. Rapadas, United States Attorney for the District of Guam, prosecution in this District for these offenses shall be deferred for the period of 18 months from this date, provided you abide by the following conditions and the requirements of this Agreement set out below.

**EXHIBIT**

3. Should you violate the conditions of this Agreement, the United States Attorney for this District may revoke or modify any conditions of this pretrial diversion program or change the period of supervision, which shall in no case exceed twelve months. The United States Attorney may release you from supervision at any time. The United States Attorney for this District may at any time within the period of your supervision initiate prosecution for these offenses should you violate the conditions of this Agreement. In this case, the United States Attorney for the District of Guam will furnish you with notice specifying the conditions of the Agreement which you have violated.

4. After successfully completing your diversion program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offenses set out in paragraph 1 of this Agreement will be instituted in this District, and the charges against you, if any, will be dismissed.

5. Neither this Agreement nor any other document filed with the United States Attorney as a result of your participation in the Pretrial Diversion Program will be used against you, except for impeachment purposes, in connection with any prosecution for the above-described offense.

6. General Conditions of Pretrial Diversion:

A. You shall not violate any law (Federal/State/Local). You shall immediately contact your pretrial diversion supervisor if arrested and/or questioned by any law enforcement officer.

B. You shall attend school or work regularly at a lawful occupation or otherwise comply with the terms of the special program described below. If you lose your job or are unable to attend school, you shall notify your pretrial diversion supervisor at once. You shall consult him/her prior to job or school changes.

C. You shall report to your supervisor as directed and keep him/her informed of your whereabouts.

D. You shall follow the program and such special conditions as may be described below.

E. You shall not possess, use, distribute, or administer any controlled substance unless prescribed by a physician.

F. You shall continue to live in the District of Guam, and not leave Guam without express written consent of the U.S. Probation Office. Travel must be requested twenty-four (24) hours prior to departure. If you intend to move from the District of Guam, you shall inform the U. S. Probation Office of your intention one month prior to your departure so an appropriate transfer of program responsibility can be made.

7. Special Conditions of Pretrial Diversion are that you pay a fine within the applicable Sentencing Guidelines range. U.S. Probation has determined that the fine will be between $250 and

-2-

$5,000. The United States will recommend a fine within this range.

8. I, DANIEL MATSUNO, assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information, or in bringing a defendant to trial. I hereby request the United States Attorney for the District of Guam to defer such prosecution. I agree and consent that any delay from the date of this Agreement to the date of initiation of prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request, and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this agreement.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

-3-

Case 1:05-cr-00009   Document 31   Filed 01/06/2006   Page 5 of 16

| | |
|---|---|
| 1 | I hereby state that the above has been read and explained to me. I understand the conditions |
| 2 | of my pretrial diversion program and agree that I will comply with them. |

<table>
<tr><td>/March/ 2005<br>DATE</td><td>/s/ <b>DANIEL MATSUNO</b><br>Pretrial Divertee</td></tr>
<tr><td>3/1/05<br>DATE</td><td>/s/ <b>F. RANDALL CUNLIFFE</b><br>Attorney for Pretrial Divertee</td></tr>
<tr><td></td><td>LEONARDO M. RAPADAS<br>United States Attorney<br>Districts of Guam & NMI</td></tr>
<tr><td>3/1/05<br>DATE</td><td>By: /s/ <b>KARON V. JOHNSON</b><br>Assistant U.S. Attorney</td></tr>
<tr><td>3/1/05<br>DATE</td><td>for /s/ <b>FRANK MICHAEL CRUZ</b><br>Chief United States Probation Officer</td></tr>
</table>

-4-

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Agana, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

UNITED STATES OF AMERICA,

vs.

**PRE-TRIAL DIVERSION AGREEMENT**

VIVIAN MATSUNO,
DOB: 07/20/73
Address: # 8 Pago Bay Estates
Chalan Pago, Guam 96913
Telephone: (671) 789-8870,

Divertee.

## AGREEMENT FOR PRE-TRIAL DIVERSION

1. It appearing that you are reported to have committed the offenses of Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Sections 2, 371 & 1343; and Wire Fraud, in violation of Title 18, United States Code Sections 2 and 1343, on or between February, 2002, and March 30, 2002 in that you did willfully and knowingly assist and agree to assist Thu Loan Thai Dang to devise and execute a scheme and artifice to defraud for the purpose of obtaining money by means of false and fraudulent pretenses, by certifying to Atkins Kroll that Thu Loan Thai Dang was employed as a sales manager for Pacific Wine & Spirits, Inc., making a gross monthly salary of $3,000, said pretenses and representations being material to the scheme and for purposes of executing the scheme, did cause to be transmitted in interstate and foreign commerce, by means of a wire communication, certain signs and signals, to-wit: communications concerning whether Thu Loan Thai Dang had been approved for a loan to purchase a 2002 Lexus automobile.

2. On the authority of the Attorney General of the United States, by Leonardo M. Rapadas, United States Attorney for the District of Guam, prosecution in this District for these offenses shall be deferred for the period of 18 months from this date, provided you abide by the following

conditions and the requirements of this Agreement set out below.

3. Should you violate the conditions of this Agreement, the United States Attorney for this District may revoke or modify any conditions of this pretrial diversion program or change the period of supervision, which shall in no case exceed twelve months. The United States Attorney may release you from supervision at any time. The United States Attorney for this District may at any time within the period of your supervision initiate prosecution for these offenses should you violate the conditions of this Agreement. In this case, the United States Attorney for the District of Guam will furnish you with notice specifying the conditions of the Agreement which you have violated.

4. After successfully completing your diversion program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offenses set out in paragraph 1 of this Agreement will be instituted in this District, and the charges against you, if any, will be dismissed.

5. Neither this Agreement nor any other document filed with the United States Attorney as a result of your participation in the Pretrial Diversion Program will be used against you, except for impeachment purposes, in connection with any prosecution for the above-described offense.

6. General Conditions of Pretrial Diversion:

A. You shall not violate any law (Federal/State/Local). You shall immediately contact your pretrial diversion supervisor if arrested and/or questioned by any law enforcement officer.

B. You shall attend school or work regularly at a lawful occupation or otherwise comply with the terms of the special program described below. If you lose your job or are unable to attend school, you shall notify your pretrial diversion supervisor at once. You shall consult him/her prior to job or school changes.

C. You shall report to your supervisor as directed and keep him/her informed of your whereabouts.

D. You shall follow the program and such special conditions as may be described below.

E. You shall not possess, use, distribute, or administer any controlled substance unless prescribed by a physician.

F. You shall continue to live in the District of Guam, and not leave Guam without express written consent of the U.S. Probation Office. Travel must be requested twenty-four (24) hours prior to departure. If you intend to move from the District of Guam, you shall inform the U. S. Probation Office of your intention one month prior to your departure so an appropriate transfer of program responsibility can be made.

7. Special Conditions of Pretrial Diversion are that you pay a fine within the applicable

-6-

Sentencing Guidelines range. U.S. Probation has determined that the fine will be between $250 and $5,000. The United States will recommend a fine within this range.

8. I, VIVIAN MATSUNO, assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information, or in bringing a defendant to trial. I hereby request the United States Attorney for the District of Guam to defer such prosecution. I agree and consent that any delay from the date of this Agreement to the date of initiation of prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request, and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this agreement.

//
//
//
//
//
//
//
//
//
//
//
//

I hereby state that the above has been read and explained to me. I understand the conditions of my pretrial diversion program and agree that I will comply with them.

3/1/05
DATE

*(signature)*
VIVIAN MATSUNO
Pretrial Divertee

3/1/05
DATE

*(signature)*
RAWLEN M.T. MANTANONA
Attorney for Pretrial Divertee

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam & NMI

3/1/05
DATE

By: *(signature)*
KARON V. JOHNSON
Assistant U.S. Attorney

3/1/05
DATE

for *(signature)*
FRANK MICHAEL CRUZ
Chief United States Probation Officer



**U.S. Department of Justice**
**Financial Statement of Debtor**
*(Submitted for Government Action on Claims Due the United States)*
NOTE: Use additional sheets where space on this form is insufficient or continue on back of last page.

RECEIVED U.S. Probation ... 8/27
649-...

## FINANCIAL STATEMENT OF DEBTOR

Authority for the solicitation of the requested information is one or more of the following: 5 U.S.C. 301, 901 (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. 501, *et seq.*; 31 U.S.C. 951, *et seq.*; 44 U.S.C. 3101; 4 CFR 101, *et seq.*; 28 CFR 0.160, 0.171 and Appendix to Subpart Y. Fed.R.Civ.P. 33(a), 28 U.S.C. 1651, 3201 *et seq.*

The principal purpose for gathering this information is to evaluate your ability to pay the Government's claim or judgment against you. Routine uses of the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register; Justice/CIV-001 at page 5332; Justice/TAX-001 at page 15347; Justice/USA-005 at pages 53406-53407; Justice/USA-007 at pages 53408-53410; Justice/CRIM-016 at page 12274. Disclosure of the information is voluntary. If the requested information is not furnished, the U.S. Department of Justice has the right to such disclosure of the information by legal methods.

**Section 1 — Personal Information**

1. Full Name(s): Daniel Kohji Matsuro
   1a. Home Telephone: (671) 789-8870
   Best Time to Call ___ a.m. X p.m.
   Street Address: #8 Pago Bay Estates
   1b. Cellular Number: (___) ___
   City: Chalan Pago   State: GU   Zip: 96
   2. Marital Status:
   County of Residence: US
   ☒ Married   ☐ Separated
   How long at this residence? 3 yrs.
   ☐ Unmarried (single, divorced, widowed)

3. Your Social Security No. (SSN): 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
   3a. Your Date of Birth (mm/dd/yy): 06/23/57
4. Spouse's Social Security No.: 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
   4a. Spouse's Date of Birth (mm/dd/yy): 07/20/73

5. ☐ Own Home  ☒ Rent  ☐ Other (specify, i.e. share rent, live with relative) ___

6. List the dependants you can claim on your tax return: (Attach sheet if more space is needed)

| First Name | Relationship | Age | Live with you? | First Name | Relationship | Age | Live with you? |
|---|---|---|---|---|---|---|---|
| Randahl | Son | 20 | ☒ No ☐ Yes | Naomi | daughter | 5 | ☐ No ☒ Yes |
| | | | ☐ No ☐ Yes | Hailani | daughter | 3 | ☐ No ☒ Yes |

**Section 2 — Your Business Information**

7. Are you or your spouse self-employed or operate a business? (Check "Yes" if either applies)
   ☐ No  ☐ Yes  If yes, provide the following information:
   7a. Name of Business ___
   7c. Employer Identification No: ___
   7b. Street Address ___
   7d. Do you have employees? ☐ No ☐ Yes
   City ___ State ___ Zip ___
   7e. Do you have accounts receivable? ☐ No ☐ Yes
   If yes, please complete section 8 on page 5.

☞ ATTACHMENTS REQUIRED: Please provide proof of self-employment income for the **prior 3 months** (e.g. invoices, commissions, sales records, income statement).

**Section 3 — Employment Information**

8. Your employer: Pacific Wine & Spirits
   9. Spouse's Employer: Isla Delight
   Street Address: 165 Skyline Drive
   Street Address: 165 Skyline Drive
   City: Tamuning  State: GU  Zip: 96913
   City: Tamuning  State: GU  Zip: 96913
   Work telephone no. (671) 649-8127
   Work telephone no. (671) 646-3490
   May we contact you at work? ☐ No ☒ Yes
   May we contact you at work? ☐ No ☒ Yes
   8a. How long with this employer? since 1990
   9a. How long with this employer? 5 yrs.
   8b. Occupation: General Mgr.
   9b. Occupation: Administration

☞ ATTACHMENTS REQUIRED: Please provide proof of gross earnings and deductions **for the past 3 months from each employer** (e.g. pay stubs, earnings statements). If year-to-date information is available, send only 1 such statement as long as a **minimum of 3 months** is represented.

**EXHIBIT 2**

Name Daniel Matsuno  SSN 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  Page 2

## Section 4
Other Income Information

10. Do you receive income from sources other than your own business or your employer? (Check all that apply.)

☐ Pension  ☐ Social Security  ☒ Other (specify, e.g. child support, alimony, rental) House Lease in Hawaii

☞ **ATTACHMENTS REQUIRED**: Please provide proof of pension/social security/other income for the past 3 months from each payor, including any statements showing deductions. If year-to-date information is available, send only 1 statement as long as **3 months** is represented.

## Section 5
Banking, Investment, Cash, Credit and Life Insurance Information

11. **CHECKING ACCOUNTS**. List all checking accounts. (If you need additional space, attach a separate sheet.)

| | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 11a. | Checking | Name BoH<br>Address P.O. Box 2900<br>City/State/Zip Hono HI | 0038-373706 | $ 2,500 |
| 11b. | Checking | Name BoH<br>Address Tamuning<br>City/State/Zip Gu 96913 | 0031-410924 | $ 500 |
| 11c. | Total Checking Accounts Balances | | | $ 3,000 |

12. **OTHER ACCOUNTS**. List all accounts, including brokerage, savings and money market, not listed in 11.

| | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 12a. | Saving | Name BoH<br>Address Tamuning<br>City/State/Zip Gu 96913 | 6031·020332<br>334600<br>016563<br>021108 | $ 3,360<br>560<br>1,010<br>11,716 collateral agent<br>15,646 saving loan |
| 12b. | TCD<br>- collateral -<br>agent line | Name FHB<br>Address Mongmong<br>City/State/Zip Gu 96927 | 70·35·919172<br>919178 | $<br>74,000<br>$ 90,646 |
| 12c. | Total Other Account Balances | | | |

☞ **ATTACHMENTS REQUIRED**: Please include your current bank statements (checking, savings, money market and brokerage accounts) for the past **3 months** for **all** accounts.

13. **INVESTMENTS**. List all investment assets below. Include stocks, bonds, mutual funds, stock options, certificates of deposits and retirement assets such as IRAs, Keogh and 401(k) plans.

| | Name of Company | Number of Shares/Units | Current Value | Loan Amount (if any) | Used as collateral on loan? |
|---|---|---|---|---|---|
| 13a. | Merrill Lynch | 872 | $ 12,382 | $ | ☒ No ☐ Yes |
| 13b. | Pacific Win | 49,998 | $ 49,998 | $ | ☐ No ☒ Yes |
| 13c. | Pup Market | 3,750 | $ 3,750 | $ | ☐ No ☒ Yes |

13d. Total Investments $ 66,130

14. **CASH ON HAND**. Include any money that you have that is not in the bank.

14a. Total Cash on Hand $ -0-

Case 1:05-cr-00009   Document 31   Filed 01/06/2006   Page 12 of 16

Name: Daniel Matsun   SSN: 523 80 8926   Page 3

**Section 5** continued

15. **AVAILABLE CREDIT.** List all lines of credit, including credit cards. (If you need additional space, attach a separate sheet.)

Spouse

15a. Full Name of Credit Institution
Name: Citi Bank - Gm     Credit Limit: 8,500     Amount Owed: 8000     Minimum Payment: $ 200
Address: FHB - Gm        5,000                  4700                 200
City/State/Zip: Pentagon 5,000                  4500                 200

Daniel

15b. Name: BoH              11,000    11,000    $ 200
Address: Citi Bank          14,600    14,800    450
City/State/Zip: Home Depot  —         800       150

15c. Total Minimum Payments $ 1,200 - 1,400

16. **LIFE INSURANCE.** Do you have life insurance with a cash value?  ☐ No  ☒ Yes
(Term Life Insurance does not have a cash value.)
16a. Name of Insurance Company: Pacific Guardian Life
16b. Policy Number(s): H19 15894
16c. Owner of Policy: Daniel Matsuro
16d. Current Cash Value $ 18,340     16e. Outstanding Loan Balance $ none

Subtract "Outstanding Loan Balance: line 16e from "Current Cash Value" line 16d = 16f $ 18,340

☞ **ATTACHMENTS REQUIRED**: Please include a statement from the life insurance companies that includes type and cash/loan value amounts. If currently borrowed against, include loan amount and date of loan.

---

**Section 6** Other

17. **OTHER INFORMATION.** Respond to the following questions related to your financial condition:
(Attach a separate sheet if you need more space.) Information
17a. Do you have a safe deposit box? ☒ No ☐ Yes
If yes, please include the name and address of location of box, the box number and the contents below:

17b. Do you have a will? ☒ No    ☐ Yes; if yes, where is it kept?
17c. Are there any garnishments against your wages? ☒ No  ☐ Yes
If yes, who is the creditor?_____ Date of Judgment_____ Amount of debt $_____
17d. Are there any judgments against you? ☒ No   ☐ Yes
If yes, who is the creditor?_____ Date of Judgment_____ Amount of debt $_____
17e. Are you a party to a lawsuit? ☒ No  ☐ Yes
If yes, amount of suit $_____ Possible completion date_____ Court_____
Subject matter of suit_____
17f. Did you ever file bankruptcy? ☒ No  ☐ Yes
If yes, date filed_____ Date discharged_____
17g. In the past 10 years did you transfer any assets out of your name for less than their actual value?
☒ No ☐ Yes
If yes, what asset?_____ Value of asset at time of transfer $_____
When was it transferred?_____ To whom was it transferred?_____
17h. Do you anticipate any increase in household income in the next 2 years? ☐ No  ☒ Yes
If yes, why will the income increase? House Rental  (Attach sheet if you need more space.)
How much will it increase? from 1,800 to 2,100 mth. Sept 2005
17i. Are you a beneficiary of a trust or an estate? ☒ No   ☐ Yes
If yes, name of the trust or estate_____ Anticipated amount to be received $_____
When will the amount be received?_____
17j. Are you a participant in a profit sharing plan? ☒ No   ☐ Yes
If yes, name of plan_____ Value in plan $_____

Case 1:05-cr-00009   Document 31   Filed 01/06/2006   Page 13 of 16

Name: Daniel Metsno  SSN: 523 90 8926  Page 4

## Section 7
Assets and Liabilities

*Current Value is the amount you could sell the asset for today

**18. PURCHASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc. (If you need additional space, attach a separate sheet.)

| | Description (year, make, model) | *Current Value | Current Loan Balance | Name of Lender | Purchase Date | Monthly Payment |
|---|---|---|---|---|---|---|
| 18a. | | $ | $ | | | $ |
| 18b. | | $ | $ | | | $ |

**LEASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc. (If you need additional space, attach a separate sheet.)

| | Description (year, make, model) | Lease Balance | Name and Address of Lessor | Lease Date | Monthly Payment |
|---|---|---|---|---|---|
| 18c. | | $ | | | $ |
| 18d. | | $ | | | $ |

☞ **ATTACHMENTS REQUIRED**: Please include your current statement from lender with monthly car payment and current balance of the loan for each vehicle purchased or leased.

**20. REAL ESTATE.** List all real estate you own. (If you need additional space, attach a separate sheet.)

| Street Address, City State, Zip, County Lender/Lien Holder | Date Purchased | Purchase Price | *Current Value | Loan Balance | Monthly Pymt |
|---|---|---|---|---|---|
| 20a. 1355 Moanalualani Honolulu, HI 96815 Country Wide | 1997 | $300,000 | $389,000 | $247,000 | $1,660 |
| 20b. Second lien HELCO | | $ | $32,000 | $11,000 | $75 |

**21. PERSONAL ASSETS.** List all personal assets below. (If you need additional space, attach a separate sheet.)
*Furniture/Personal effects* includes the total current market value of your household such as furniture and appliances
*Other Personal Assets* includes all artwork, jewelry, collections, antiques or other assets

| | Description | Current Value | Loan Balance | Lender | Monthly Payment | Date of Final Pymt |
|---|---|---|---|---|---|---|
| 21a. | Furniture/Personal Effects | $10,000 | $ -0- | None | $ — | — |
| | Other: (List below) | | | | | |
| 21b. | Artwork | $3,000 | $ — | — | $ — | — |
| 21c. | Jewelry | $10,000 | $ — | — | $ — | — |
| 21d. | Home Improve loan | $26,000 | $11,100 | BoH | $452 | 12/2007 |
| 21e. | | $ | $ | | $ | |

Case 1:05-cr-00009    Document 31    Filed 01/06/2006    Page 14 of 16

Name Daniel Matson                     SSN 523 90 8926                     Page 5

## Section 7
continued

**22. BUSINESS ASSETS.** List all business assets and encumbrances below, include Uniform Commercial Code filings. (If you need additional space, attach a separate sheet.) *Tools used in Trade or Business* includes the basic tools or books used to conduct your business, excluding automobiles. *Other Business Assets* includes machinery, equipment, inventory or other assets.

| | Description | Current Value | Loan Balance | Lender | Monthly Payment | Date of Final Pymt |
|---|---|---|---|---|---|---|
| 22a. | Tools used in Trade/Business | $ | $ | | $ | |
| | Other: (List below) | | | | | |
| 22b. | Machinery | $ | $ | | $ | |
| 22c. | Equipment | $ | $ | | $ | |
| 22d. | _____ | $ | $ | | $ | |
| 22e. | _____ | $ | $ | | $ | |

## Section 8
Accounts/Notes Receivable

*Use only if needed*

**23. ACCOUNTS/NOTES RECEIVABLE.** List all accounts separately, including contracts awarded, but not started. (If you need additional space, attach a separate sheet.)

| | Description | Amount Due | Date Due | Age of Account |
|---|---|---|---|---|
| 23a. | Name____ Address____ City/State/Zip____ | $____ | ____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23b. | Name____ Address____ City/State/Zip____ | $____ | ____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23c. | Name____ Address____ City/State/Zip____ | $____ | ____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23d. | Name____ Address____ City/State/Zip____ | $____ | ____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23e. | Name____ Address____ City/State/Zip____ | $____ | ____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23f. | Name____ Address____ City/State/Zip____ | $____ | ____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |

**Add "Amount Due" from lines 23a through 23f = 23g $_____**

Name: Daniel Matson    SSN: 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    Page 6

**Section 9**
Monthly Income and Expense Analysis

If only one spouse has a debt, but both have income, list the total household income and expenses.

| Total Income Source | Gross monthly |
|---|---|
| 24. Wages (yourself) | $ 4166 |
| 25. Wages (spouse) | 2,500 |
| 26. Interest - Dividends | |
| 27. Net Business Income | |
| 28. Net Rental Income | 1,800 |
| 29. Pension/Social Security | |
| 30. Pension/Social Security (Spouse) | |
| 31. Child Support | |
| 32. Alimony | |
| 33. Other | |
| **34. Total Income** | $ 8,466 |

| Total Living Expenses Expense Items[1] | Actual Monthly | |
|---|---|---|
| 35. Rent/Mortgage | $ 1450 | Gum |
| 36. Electric | 1660 + 75 | Hawaii |
| 37. Natural Gas | 300 | |
| 38. Cable TV | 45 | |
| 39. Telephone | 150 | |
| 40. Water | 100 | |
| 41. Food | 1000 | |
| 42. ~~Car Payment~~ CC | 1335 | |
| 43. ~~Gasoline~~ Loan | 702 | |
| 44. Car Insurance | | |
| 45. Cell Phone/Pager | | |
| 46. Other Utilities | | |
| 47. Clothing & Misc. | | |
| 48. Health Care | | |
| 49. Court Ordered Payments | | |
| 50. Child/Dependant Care | 1,000 | |
| 51. Life Insurance | 105 | |
| 52. Other secured debt | | |
| 53. Other expenses | | |
| 54. Education Expenses | | |
| **55. Total Living Expenses** | $ 7922 | |

☞ **ATTACHMENTS REQUIRED**: Please include;
- A copy of your last Form 1040 with all Schedules
- Proof of all current expenses that you paid for the last 3 months, including utilities, rent, insurance, property taxes, etc.
- Proof of all non-business transportation expenses (e.g car payments, lease payments, fuel, oil, insurance, parking, registration)
- Proof of payments for health care, including health insurance premiums, co-payments and other out-of-pocket expenses
- Copies of any court order requiring payment and proof of such payments for the past 3 months

---

### CERTIFICATION

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true, correct, and complete, and I further declare that I have no assets, owned either directly or indirectly, or income of any nature other that as shown in this statement, including any attachment.

Signature: D. Matson    Social Security No.: 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    Date: 14 July 2005

### WARNING

False statements are punishable up to five years imprisonment, a fine of $250,000, or both pursuant to 18 U.S.C. §1001.

---

[1] Expenses generally not allowed: We generally do not allow you to claim tuition for private schools, public or private college expenses, charitable donations, voluntary retirement contributions, payments on unsecured debts such as credit card bills and other similar expenses. However, we may allow these expenses, if you can prove that they are necessary for the health and welfare of you or your family.