# ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

JAN 0 6 2006

MARY L.M. MORAN
CLERK OF COURT

Matsuno.mtn

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00009 |
| Plaintiff, | ) ) ) | **UNITED STATE'S MOTION TO STRIKE MOTION TO IMPOSE FINE** |
| vs. | ) ) ) | |
| DANIEL MATSUNO and, VIVIAN MATSUNO, | ) ) ) | |
| Defendants. | ) ) | |

COMES NOW the United States of America, and moves this Honorable Court for an order striking the government's Motion to Impose Fine, filed January 6, 2006.

The government makes this motion because the exhibits appended to its Motion contained  personal information regarding the defendant's, that should not be made available for public scrutiny.

Respectfully submitted this  6th  day of January, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: KARON V. JOHNSON
Assistant U.S. Attorney