ORIGINAL

Matsuno.mtn

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 09 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00009 |
|---|---|---|
| Plaintiff, | ) | **MOTION TO IMPOSE FINE** |
| vs. | ) | |
| DANIEL MATSUNO and, VIVIAN MATSUNO, | ) | |
| Defendants. | ) | |

COMES NOW the United States of America, and moves this Honorable Court for an order imposing a fine in the amount of $3,000, jointly and severally payable by both defendants. The government makes this motion pursuant to the Pre-Trial Diversion Agreement entered into between the parties March 1, 2005, which provides that the defendants were to pay a fine within the applicable Guidelines range, which the parties agreed was between $250 and $5,000.

U.S. Probation Officer Judy Ocampo has prepared a financial statement detailing the income, expenses and assets of the defendants. A copy of this statement, along with the

//
//
//
//
//

defendant's pre-trial diversion agreements, is being lodged separately under seal for consideration by the Court. The government believes a fine of $3,000 is reasonable in all the circumstances.

Respectfully submitted this __9th__ day of January, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

-2-