

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>DANIEL MATSUNO and<br>VIVIAN MATSUNO.<br><br>    Defendants. | CRIMINAL CASE NO. 05-00009<br><br>**ORDER RE MOTION TO IMPOSE FINE** |

On January 6, 2006, the government filed a Motion to Impose Fine. However, the government appended exhibits to its Motion containing personal information regarding the defendant. Thereafter, the government filed a Motion to Strike its Motion to Impose Fine. The Court agrees that there is personal information contained in the appended exhibits which should not be made available for public scrutiny. Accordingly, the Court Orders that the Motion to Impose Fine, Docket No. 31 is hereby struck from the record.

In addition, the Court sets the government's Motion to Impose Fine filed on January 9, 2006, for hearing on January 19, 2006 at 8:30 a.m.

IT IS SO ORDERED.

DATED this 10 day of January 2006.

                                            DONALD M. MOLLOY*
                                            District Judge

ORIGINAL

---

* The Honorable Donald M. Molloy, United States Chief District Judge for the District of Montana, sitting by designation.