LAW OFFICES
CUNLIFFE & COOK
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telecopier: (671) 472-2422

Attorneys for: **Defendant Daniel Matsuno**



FILED
DISTRICT COURT OF GUAM
JAN 17 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00009 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DANIEL MATSUNO and, | ) | **OPPOSITION TO MOTION** |
| VIVIAN MATSUNO | ) | **TO IMPOSE FINE** |
| Defendants. | ) | |
| | ) | |

On March 1, 2005, the parties entered into an agreement for Pre-Trial Diversion. The matter was presented to the Honorable Ronald S.W. Lew, Designated Judge, District of Guam, and Judge Lew accepted diversion, but made no order that a fine be paid. As Judge Lew was keenly aware of the matters and did not order a fine to be paid, one can determine from that position that he did not feel a fine was necessary.

If the court is going to act over Judge Lew's previous non-inclusion of a fine, then Defendant DANIEL MATSUNO request that the court impose a minimum fine.

Dated this __16__ day of January, 2006.

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant **Daniel Matsuno**

By_____
F. RANDALL CUNLIFFE, ESQ.

FRC:rsb SEC 2 Criminal
M0234 Oppo Mtn to Impose Fine

**ORIGINAL**