CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Vivian Matsuno**



FILED
DISTRICT COURT OF GUAM
JAN 19 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANIEL MATSUNO and<br>VIVIAN MATSUNO<br>　　　　Defendant. | CRIMINAL CASE NO. 05-00009<br><br>**NOTICE OF JOINDER OF COUNSEL F. RANDALL CUNLIFFE'S OPPOSITION TO MOTION TO IMPOSE FINE** |

COMES NOW the Defendant VIVIAN MATSUNO, through undersigned counsel of record, and joins and adopts co-defendant's counsel F. Randall Cunliffe's Opposition to Motion to Impose Fine filed January 17, 2006.

Dated: January 17, 2006.

　　　　　　　　　　　　　　　　CABOT MANTANONA, LLP

　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　RAWLEN M T MANTANONA, ESQ.

ORIGINAL