IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
JAN 19 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00009           DATE: 01/19/2006

HON. DONALD W. MOLLOY, Designated Judge, Presiding       Law Clerk: Jeff Roth
Court Reporter: Wanda Miles                              Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 8:36:38 - 8:52:26       CSO: F. Tenorio

********************** APPEARANCES ****************************

**DEFT: DANIEL MATSUNO**                                 **ATTY: RANDALL CUNLIFFE**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.            ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

**DEFT: VIVIAN MATSUNO**                                 **ATTY: RAWLEN MANTANONA**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.            ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                             AGENT:

U.S. PROBATION: JUDY OCAMPO                              U.S. MARSHAL: V. ROMAN

INTERPRETER:_____    ( ) SWORN     LANGUAGE: _____
                                      ( ) PREVIOUSLY SWORN

**PROCEEDINGS:   MOTION TO IMPOSE FINE**

( X ) MOTION ARGUED BY    ( X ) GOVERNMENT    ( X ) DEFENDANTS
( X ) MOTION(s)  _x_ Granted  ____Denied  ____Withdrawn  ____ Under Advisement
( ) ORDER SUBMITTED   ____Approved   ____Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:
The Court imposed a fine of $3,000.00 pursuant to the diversion agreement which will be paid jointly and severally between Daniel Matsuno and Vivian Matsuno.