
FILED
DISTRICT COURT OF GUAM
JAN 19 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DANIEL MATSUNO and VIVIAN MATSUNO, | ) | |
| | ) | |
| Defendants. | ) | |

The Parties appeared before the Court today to address their pre-trial diversion agreement which they signed March 1, 2005. Pursuant to paragraph seven of the agreement and to the Parties' stipulation today in Court, I impose a fine in the guideline range of $250 to $5000.

Accordingly, IT IS HEREBY ORDERED that Daniel Matsuno and Vivian Matsuno shall pay a $3000 fine jointly and severally.

DATED this ____ day of January, 2006.

_____
Donald W. Molloy, Chief Judge
United States District Court

ORIGINAL -1-