# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|   |   |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Daniel Matsuno, et al.,<br><br>    Defendant. | Case No. 1:05-cr-00009<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order granting Motion to Impose Fine filed January 19, 2006*, on the dates indicated below:

| *U.S. Attorney's Office* | *F. Randall Cunliffe* | *Rawlen Mantanona* |
|---|---|---|
| *January 20, 2006* | *January 19, 2006* | *January 19, 2006* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order granting Motion to Impose Fine filed January 19, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 20, 2006           /s/ Leilani R. Toves Hernandez
                               Deputy Clerk