ORIGINAL

danielmatsunodismiss

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 22 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00009 |
| Plaintiff, | |
| vs. | **MOTION TO DISMISS INDICTMENT** |
| DANIEL MATSUNO, and VIVIAN MATSUNO, | |
| Defendants. | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause against defendants, DANIEL MATSUNO and VIVIAN MATSUNO, be dismissed, for the reason that the defendants have

//
//
//
//
//

completed the Pretrial Diversion Program on August 31, 2006.

Respectfully submitted this 22nd day of November 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney