LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00009 |
| Plaintiff, | ) |
| vs. | ) **ORDER TO DISMISS** |
| | ) **INDICTMENT** |
| DANIEL MATSUNO, and VIVIAN MATSUNO, | ) |
| Defendants. | ) |

The United States' Motion to Dismiss the Indictment as to defendants, DANIEL MATSUNO and VIVIAN MATSUNO, is hereby granted.

SO ORDERED this 27th day of November 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam